ANDREWS MYERS, P.C.
Edward L. Ripley
State Bar No. 16935950
Lisa M. Norman
State Bar No. 24037190
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
Eripley@andrewsmyers.com
Lnorman@andrewsmyers.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: § § § § § § | | |
| ROOFING DESIGNS BY JR, LLC, | § | Case No.  23-32275 |
| *Debtor.* | § § | Chapter 11 |

| | | |
|---|---|---|
| ROOFING DESIGNS BY JR, LLC, § § § | | Adversary Cause No. _____ |
| *Plaintiff,* | | |
| v. | § § § § § | Removal from Cause No. JPC-24-02344-12 in the Justice Court, Precinct 1, Place 2 of Dallas County, Texas |
| ABC SUPPLY CO., INC. d/b/a ABC SUPPLY | | |
| *Defendant.* | | |

**NOTICE OF REMOVAL**

ABC SUPPLY CO., INC. d/b/a ABC SUPPLY ("**ABC Supply**") files this Notice of Removal (the "**Removal**") under 28 U.S.C. § 1452, Rule 9027, Federal Rules of Bankruptcy Procedure, Rule 9027-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Texas, seeking to remove the Justice Court Action from the Justice Court, Precinct 1, Place 2 of Dallas County, Texas to the United States Bankruptcy Court for the Northern District of Texas which currently has jurisdiction over the estate of Roofing Designs By JR, LLC pursuant to

1

28 U.S.C. § 1334(b). In filing this Removal, ABC Supply will respectfully show the Court as follows:

1. On October 4, 2023, Roofing Designs By JR, LLC ("**Debtor**") filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in Case No. 24-31105 (the "**Bankruptcy Case**") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

2. On July 1, 2024, the Debtor filed its Original Petition against a California entity named American Building Supply, Inc., which is not the same entity as ABC Supply, in the Justice Court, Precinct 1, Place 2 of Dallas County, Texas, referenced by Cause No. JPC-24-02344-12 (the "**JP Court Action**"). The petition states that the proceeding is being brought *pro se* and it was not filed by a licensed attorney, despite the fact that the Debtor is a limited liability company and must be represented by legal counsel to prosecute claims in Texas. Instead, the pleading is signed by Ms. Chynethia Gregg, a principal of the Debtor.

3. On August 19, 2024, the Debtor filed its Amended Petition and this time it named as a defendant ABC Supply Co., Inc. d/b/a ABC Supply. Again, the Debtor's pleadings state that it is being brought *pro se* and it was filed and signed by non-attorney Chynethia Gregg.

4. In general, the pending issues relate to an allegation that ABC Supply owes money to the Debtor's bankruptcy estate, an allegation which ABC Supply denies.

5. The JP Court Action is a civil action of which this Court has jurisdiction under the provisions of 28 U.S.C. § 1334(b). The JP Court Action seeks to recover assets the Debtor alleges are owed to the Debtor's bankruptcy estate. Because of the potential impact of the JP Court Action upon the Debtor's Chapter 11 bankruptcy, and the allegation that ABC Supply violated bankruptcy law, removal is authorized under 28 U.S.C. § 1452(a) because the JP Court Action is a civil action

related to a case under Title 11 of the United States Code of which this Court has jurisdiction under 28 U.S.C § 1334(b). Upon removal of the JP Court Action, the proceeding will be a core proceeding under 28 U.S.C. § 157(b)(2)(A), (E), and (O).

6. This case is related to the Bankruptcy Case, and thus it shall be referred to the bankruptcy judge in the corresponding district. 28 U.S.C. § 1452(a). In compliance with Rule 9027 of the Federal Rules of Bankruptcy Procedure, ABC Supply is filing a notice of removal with the clerk of the district, along with the documents filed in the JP Court Action as required by Rule 9027 of the Local Rules for the United States Bankruptcy Court for the Northern District of Texas (the "**Local Rules**"). *See Exhibit A.*

7. Notably, this Court recently entered an Agreed Order vacating a prior order for ABC Supply to turnover funds to the Debtor and vacating the Debtor's writ of execution issued against ABC Supply. [*See* Docket No. 73].

8. Pursuant to Fed. R. Bankr. P. 9027(a)(1) and Local Rule 9027-2, ABC Supply, as the removing party, does consent to the entry of final orders or judgment by the bankruptcy court.

9. Pursuant to Rule 9027-1 of the Local Rules, ABC Supply is filing a copy of this Notice with the Clerk in the JP Court Action and serving copies of this Notice upon the counsel of record for the Debtor (Robert Thomas DeMarco), who did not file the JP Court Action but is counsel of record for the Defendant in the Bankruptcy Case, as well as the non-attorney individual (Chynethia Gregg), who wrongfully filed the JP Court Action and thus likely engaged in the unauthorized practice of law. The service list and list below include all parties and counsel to the removed proceeding.

10. The following attorneys represent the Defendant, ABC Supply, in the removed action:

Edward L. Ripley
State Bar No. 16935950
Lisa M. Norman
State Bar No. 24037190
ANDREWS MYERS, P.C.
Lnorman@andrewsmyers.com
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone (713) 850-4200
Facsimile (713) 850-4211
Attorneys for Defendant

11.     The following attorney represents the Debtor in the Bankruptcy Case, but has not made an appearance in the JP Court Action:

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road, Suite 850
Dallas, Texas 75251

12.     The following non-attorney individual filed the JP Court Action on behalf of the limited liability company Debtor:

Roofing Designs by JR, LLC
c/o Chynethia Gregg
P.O. Box 331
Corsicana, TX 75151
~and/or~
Roofing Designs by JR, LLC
c/o Chynethia Gregg
21320 Loop 494 #41
New Caney, Texas 77357

# **PRAYER**

WHEREFORE, ABC SUPPLY CO., INC. d/b/a ABC SUPPLY respectfully requests that the JP Court Action be removed to the Bankruptcy Court and that the Bankruptcy Court authorize and direct any further relief to which ABC Supply may be entitled.

Dated:  August 30, 2024

        ANDREWS MYERS P.C.

*/s/ Lisa M. Norman*
EDWARD L. RIPLEY
State Bar No. 16935950
LISA M. NORMAN
State Bar No. 24037190
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
Eripley@andrewsmyers.com
Lnorman@andrewsmyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, a true and correct copy of the foregoing was served via the Court's Electronic Notification System on all parties entitled to such notice and via US Mail on all parties listed below.

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road, Suite 850
Dallas, Texas 75251

Roofing Designs by JR, LLC
c/o Chynethia Gregg
P.O. Box 331
Corsicana, TX 75151

Roofing Designs by JR, LLC
c/o Chynethia Gregg
21320 Loop 494 #41
New Caney, Texas 77357

By: */s/ Lisa M. Norman*
    LISA M. NORMAN