

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed October 24, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| ROOFING DESIGNS BY JR, LLC, | § | |
|    Debtor | § | CASE NO. 23-32275-MVL |
| | § | |
| ROOFING DESIGNS BY JR, LLC, | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | ADVERSARY NO. 24-03064-MVL |
| | § | |
| ABC SUPPLY CO., INC. | § | |
| D/B/A ABC SUPPLY, | § | |
|    Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

On October 24, 2025, Plaintiff, ROOFING DESIGNS BY JR, LLC ("Plaintiff"), and Defendant, AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC. ("Defendant") appeared through their representatives and respective counsel of record for the trial in this matter. Counsel appeared in person and representatives for both

parties appeared via video. Plaintiff made an oral motion to dismiss with prejudice. Plaintiff's representative, Ms. Gragg, consented on the record to the dismissal with prejudice. Defendant did not oppose the dismissal. Accordingly, based upon the record in this matter and representations of the parties and their counsel, it is hereby:

ORDERED, ADJUDGED, and DECREED that any and all causes of action that were asserted or could have been asserted by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE to refile same.

**AGREED AS TO SUBSTANCE AND FORM:**

PINCKNEY P.C.

*/s/ Jeremy Pinckney*
JEREMY F. PINCKNEY, ESQ.
8222 Douglas Ave, #700
Dallas, TX 75225
Tel: 214-600-0891
jpinckney@pinckneypc.com

**ATTORNEY FOR PLAINTIFF**


ANDREWS MYERS, P.C.

*/s/  Lisa M. Norman*
LISA M. NORMAN
State Bar No. 24037190
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
Lnorman@andrewsmyers.com

**ATTORNEYS FOR DEFENDANT**